**PRESTON TRUCKING COMPANY, Incorporated, a Foreign Corporation, Appellant, v. Mrs. Mabel PENLEY, Appellee.**

No. 4497.

Circuit Court of Appeals, Fourth Circuit.
June 2, 1939.

John G. May, Jr., and V. P. Randolph, Jr., both of Richmond, Va., for appellant.

Thomas O. Moss, of Richmond, Va., for appellee.

PER CURIAM.

Case entered dismissed under Rule 23 in accordance with agreement of attorneys.

**Nat ROGAN, Collector of Internal Revenue for the Sixth Collection District of California, Appellant, v. Helen W. RORK, Appellee.**

No. 9120.

Circuit Court of Appeals, Ninth Circuit.
Aug. 28, 1939.

Ben Harrison, U. S. Atty., and E. H. Mitchell and Armond Monroe Jewell, Asst. U. S. Attys., and Eugene Harpole, Sp. Atty., Bureau of Internal Revenue, all of Los Angeles, Cal., for appellant.

David Schwartz, of Los Angeles, Cal., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of respective parties, and good cause therefor appearing, ordered

that this cause be remanded to the said District Court for further proceedings in accordance with the stipulation of counsel.

**Isidor SACK, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.**

**Isidor SACK and Rose E. Sack, Petitioners, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.**

Nos. 342, 343.

Circuit Court of Appeals, Second Circuit.
June 30, 1939.

J. S. Y. Ivins and Laurence Graves, both of Washington, D. C. (Ivins, Phillips, Graves & Barker and John C. Reid, all of Washington, D. C., of counsel), for petitioners.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Robert N. Anderson, Sp. Assts. to Atty. Gen., for respondent.

Before L. HAND, CHASE, and PATTERSON, Circuit Judges.

PER CURIAM.

Orders affirmed.

**Jesse SALEEBY, Jr., Appellant, v. UNITED STATES of America, Appellee.**

No. 4452.

Circuit Court of Appeals, Fourth Circuit.
April 10, 1939.

McC. G. Finnigan, of Richmond, Va., for appellant.

Sterling Hutcheson, U. S. Atty., of Richmond, Va., and H. H. Holt, Jr., Asst. U. S. Atty., of Norfolk, Va.

PER CURIAM.

Case dismissed under Rule 23 by agreement of attorneys.